# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **CHASITY N. MEADE,** | ) | |
| Plaintiff, | ) ) | Case No. 2:22CV00016 |
| v. | ) ) | **JUDGMENT** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER** **OF SOCIAL SECURITY,** | ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: December 17, 2023

/s/ JAMES P. JONES
Senior United States District Judge